UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BROWN-PRUITT,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br><br>  Defendant. | Case No. 20-cv-02088-SI<br><br>**ORDER REASSIGNING ACTION**<br><br>Re: Dkt. Nos. 6, 8 |

Both parties in this Social Security appeal have consented to the jurisdiction of a Magistrate Judge. Dkt. Nos. 6, 8. The matter is hereby transferred to the Assignment Committee for reassignment to a Magistrate Judge.

**IT IS SO ORDERED**.

Dated: September 2, 2020

_____
SUSAN ILLSTON
United States District Judge